"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: SA08-418M-1 |
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | |
| | ) | |
| LUIS MARTIN ROSAS-CRISOSTOMO, | ) | |
| Defendant. | ) | |

**I.**

A.    ( )    On motion of the Government in a case allegedly involving:

    1.    ( )    a crime of violence.

    2.    ( )    an offense with maximum sentence of life imprisonment  or death.

    3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

    5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.   (X)   On motion by the Government/( ) on Court's own motion, in a case
2              allegedly involving:

3       (X)   On the further allegation by the Government of:

4             1.   (X)   a serious risk that the defendant will flee.

5             2.   ( )   a serious risk that the defendant will:

6                  a.   ( )   obstruct or attempt to obstruct justice.

7                  b.   ( )   threaten, injure or intimidate a prospective witness or

8                  juror, or attempt to do so.

9  C.   The Government ( ) is/(X) is not entitled to a rebuttable presumption that no

10     condition or combination of conditions will reasonably assure the defendant's

11     appearance as required and the safety or any person or the community.

12

13                                    **II.**

14 A.   (X)   The Court finds that no condition or combination of conditions will

15             reasonably assure:

16       1.   (X)   the appearance of the defendant as required.

17             (X)   and/or

18       2.   (X)   the safety of any person or the community.

19 B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence

20             to the contrary the presumption provided by statute.

21

22                                    **III.**

23     The Court has considered:

24 A.   (X)   the nature and circumstances of the offense(s) charged, including whether

25             the offense is a crime of violence, a Federal crime of terrorism, or involves

26             a minor victim or a controlled substance, firearm, explosive, or destructive

27             device;

28 B.   (X)   the weight of evidence against the defendant;

Page 2 of 4

C.    (X)    the history and characteristics of the defendant; and

D.    (X)    the nature and seriousness of the danger to any person or the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A.    (X)    As to flight risk:  Lack of bail resources, prior deportation and alien status, lack of strong ties to the local community, and use of name variations and aliases.

B.    (X)    As to danger:  The nature of the charged offense and his criminal history.

**VI.**

A.    ( )    The Court finds that a serious risk exists the defendant will:

       1.    ( )    obstruct or attempt to obstruct justice.

       2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VI.**

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

1    extent practicable, from persons awaiting or serving sentences or being held in

2    custody pending appeal.

3    C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable

4    opportunity for private consultation with counsel.

5    D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on

6    request of any attorney for the Government, the person in charge of the

7    corrections facility in which defendant is confined deliver the defendant to a

8    United States marshal for the purpose of an appearance in connection with a court

9    proceeding.

10

11    DATED:  August 13, 2008                    _____/s/_____

12                                               ARTHUR NAKAZATO
                                                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28